In the Matter of the Claim of ELIZABETH GRAEF, Appellant, against A. AARON, INC., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for order substituting Joseph F. Graef, administrator, etc., of Elizabeth Graef, deceased, as claimant, appellant, in place and stead of Elizabeth Graef, deceased, and for an order vacating the order, entered May 15, 1934, dismissing the appeal, and allowing him to perfect appeal and file and serve printed record on appeal and brief in support thereof, so that he may be ready for argument at the January term, granted. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of WILLIAM ROSENTHAL, Respondent, against THE PRUDENTIAL INSURANCE COMPANY and TRAVELERS INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of WILLIAM WHALEN, Respondent, against R. HOE & Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of HARRY HUNTLEY, Respondent, against DEXTER FOLDER COMPANY, Appellant, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of ADELINE PROCTOR, Respondent, against NAZARENE CONGREGATIONAL CHURCH and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs to the claimant against the employer and the insurance carrier. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of EMMA RUSSELL, Respondent, against 231 LEXINGTON AVENUE CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.